# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

179

KA 09-00992

PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND GORSKI, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    ORDER

JENNIFER L. ORTMAN, DEFENDANT-APPELLANT.

WILLIAM G. PIXLEY, ROCHESTER, FOR DEFENDANT-APPELLANT.

R. MICHAEL TANTILLO, DISTRICT ATTORNEY, CANANDAIGUA (NEAL P. MCCLELLAND OF COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------

Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered May 5, 2009. The judgment convicted defendant, upon a jury verdict, of driving while ability impaired by the combined influence of drugs or of alcohol and any drug or drugs, a class E felony, leaving the scene of an incident without reporting and criminal mischief in the fourth degree (two counts).

Now, upon reading and filing the stipulation of discontinuance signed by defendant on March 29, 2011 and by the attorneys for the parties on March 25 and April 4, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered:  April 29, 2011                        Patricia L. Morgan
                                                Clerk of the Court